

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

May 17, 2019

RE: Brady v. Sperian Energy Corporation
Case No: 18-cv-06968

Dear Clerk:

Pursuant to the order entered by Honorable **Gary Feinerman**, on 05/16/19, the above record

■     was electronically transmitted to: USDC for the Central District of Illinois.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                          Sincerely yours,

                                          Thomas G. Bruton, Clerk

                                          By:    /s/ Kerwin Posley
                                                      Deputy Clerk

Enclosures

New Case No. _____         Date _____

cc:     Non-ECF Attorneys and Pro se Parties